AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

EASTERN **DISTRICT OF** TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA
V.
JOSEPH THOMAS, JR.
3136 W. Crockett
Beaumont, Texas

**WARRANT FOR ARREST**

CASE NUMBER: 1:94cr16-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _JOSEPH THOMAS, JR._
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
SEALED

charging him or her with (brief description of offense)

ct 1 - possession of a Controlled Substance w/i 1000 ft of a school zone

in violation of Title _21_ United States Code, Section(s) _841(a)(1), 860 (1)_

DAVID J MALAND / Clerk of Court
Name of Issuing Officer / Title of Issuing Officer

Elizabeth N Smith (signature)
Signature of Issuing Officer

January 20, 1994, Beaumont, Texas
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/20/94 | Eugene D. Rack | Eugene D. Rack |
| DATE OF ARREST 11/23/94 | DOSM | |